# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

United States of America
v.
HANLIE VENTER
[DOB: 10/17/1958]

*Defendant(s)*

Case No. 26-MJ-2096DPR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 4, 2024 in the county of McDonald in the Western District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by Alien in Federal Election; See Attachment A. |

This criminal complaint is based on these facts:

See attached affidavit in Attachment B.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Special Agent Randy Wilson, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: October 20, 2026

[signature]
*Judge's signature*

City and state: Springfield, Missouri

David P. Rush, United States Magistrate Judge
*Printed name and title*