## ATTACHMENT B

## AFFIDAVIT

1. I, Randy Wilson, a Special Agent (SA) with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, (HSI), being first duly sworn, hereby depose and state as follows: I am a SA with HSI and have been since December 2025. I am currently assigned to HSI Springfield, Missouri. As an SA, I have assisted with numerous criminal investigations into misdemeanor and felony violations of State, and Federal law utilizing a variety of investigative techniques.

2. In May of 2026, I successfully completed a 12-week criminal investigator training academy at the Federal Law Enforcement Training Center in Glynco, Georgia. During the academy, I was trained in the laws of search and seizure, physical and electronic surveillance, and other investigative techniques utilized to support the investigation and enforcement of violations of federal statutes. Prior to becoming an SA with HSI, I was employed as a Federal Officer with Federal Bureau of Prisons from June 2024 to December 2025. Prior to that, I was employed as a Detention Officer with the Greene County, Missouri, Sheriff's Office from March 2021 to May 2024. During employment at these facilities, I have overseen the safety and security of incarcerated individuals, while conducting interviews, seizing narcotics and other contraband. I received over 400 hours of law enforcement training while being on two different specialized teams, the Detention Response Team and Special Operations Response Team, that are tasked with additional duties within the agencies.

3. This Affidavit is made in support of a criminal complaint charging Hanlie VENTER (hereinafter "VENTER") with a violation of 18 U.S.C § 611, that is, voting by aliens.

4. The following information is based on my personal knowledge as well as information made known to me by other law enforcement officers and agents involved in this ongoing investigation. Because the purpose of this affidavit is to set fourth only the facts necessary to establish probable cause to support the issuance of the criminal complaint, I have not described all the relevant facts and circumstances of which I am aware.

5. At all times relevant to this Complaint:

   a. A United States citizen was a native of the United States; a person naturalized in the United States; or a person who derived United States citizenship (from one or both parents); and who owed allegiance to the United States and was entitled to its full rights, privileges, and protection.

   b. An alien was any person not a citizen or national of the United States. This included immigrants (e.g. lawful permanent residents) and non-immigrants (e.g. individuals who were admitted to the United States for a temporary duration, such as a student, a visitor or a temporary worker).

   c. A lawful permanent resident (LPR) was an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder). An Alien Registration Receipt Card (also known as a "Green Card") was issued to lawful permanent residents as evidence of their status. Upon meeting the statutory prerequisites for naturalization, an LPR could apply to become a naturalized United States citizen.

   d. In order to register to vote in the State of Missouri, an applicant was required to certify and attest that they met certain eligibility requirements, including the

requirement that he/she was a United States Citizen at the time that he/she registered to vote.

e. Upon successfully registering to vote in Missouri, an applicant was authorized to vote in Missouri state and local elections, as well as in federal elections.

6. On September 23, 2024, VENTER registered to vote and marked that she was a United States citizen on the Missouri Voter Registration Application. On November 4, 2024, VENTER voted at a polling place in McDonald, County, Missouri, in the Western District of Missouri.

7. DHS records show VENTER is a citizen and national of South Africa, born in Klerksdorp, South Africa on October 17, 1958. Records also show that VENTER moved to the United States in 2020 and obtained LPR status on or about September 24, 2021.

8. On August 27, 2026, I contacted Jessica Cole, the McDonald County, Missouri, clerk to inquire about VENTER's voting history. Cole sent me documentation through email showing VENTER's voting history. On September 8, 2026, I obtained additional documents from Cole showing VENTERs voting registration and voting history. A review of those records show a Missouri Voter Registration Application was completed for VENTER on September 23, 2024. On the form, in response to the question about whether the application is a citizen of the United States of America, the checkbox is marked for "YES". The application also contains identifying information for VENTER, including a date of birth of "10/17/1958", a place of birth of "Klerksdorp, RSA", a daytime phone number ending in 2144, an email address, and the last four digits of a social security number. It should be noted that the same identifying information can be found in VENTER's immigration A-file. The voter application also contains a signature. The voting records from McDonald County also show a recorded vote for VENTER on November 4, 2024, for the November 5, 2024, general election, at the central polling place in McDonald

County, Missouri. The identification (ID) method is listed as driver's license, and the ballot issue method is listed as in-person. The voter audit log report also shows that a ballot was received for the November 5, 2024, general election.

9. The November 5, 2024, election held in McDonald County, Missouri, within the Western District of Missouri, was a general election that contained on its ballot candidates for the Federal offices of President, Vice President, Member of the Senate, and Member of the House of Representatives.

10. On September 1, 2026, HSI Springfield SA Charlie Rogener, HSI Resident Agent in Charge (RAC) Timothy Kixmiller, and I interviewed VENTER at her residence in Bentonville, Arkansas, regarding her voting history and N-400 application. VENTER admitted to voting in a 2024 election but did not remember the exact date. VENTER explained she registered at the courthouse in Pineville and voted at the courthouse in Pineville (McDonald County, Missouri). VENTER also admitted that she may have registered to vote in Arkansas when she obtained her driver's license.

11. Based on the facts set forth above and my training and experience, I believe that probable cause exists that Hanlie VENTER violated 18 U.S.C § 611, that is, voting by aliens.

Further your affiant sayeth naught.

Randy Wilson
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me by telephone or other reliable electronic means on this 20th day of October 2026.

Honorable David P. Rush
United States Magistrate Judge
Western District of Missouri